# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JOSEPH MACKOOL, *et al.*, | ) | |
| Plaintiff(s), | ) | 2:07-cv-0667-RLH-LRL |
| vs. | ) | **O R D E R** |
| CLAYTON HOMES, INC., | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#35, filed November 5, 2008), entered by the Honorable Lawrence R. Leavitt, regarding Defendant's Motion to Enforce Settlement Agreement (#24). Joseph Mackool filed a document entitled Judicial Notice (#36) on November 20, 2008, which the Court will treat as an objection to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge pursuant to Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.[1]

---

[1] For Mr. Mackool's information, it is not true that an attorney has to have a six-digit number to practice in federal court. It is not true that federal judges have professional liability

1

1    IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2 tion (#35) is ACCEPTED and ADOPTED, Defendant's Motion to Enforce Settlement Agreement is
3 granted.
4    Dated:   November 24, 2008.

6    _____
     **ROGER L. HUNT**
7    **Chief U.S. District Judge**

---

23 insurance, although almost all do. It is not true that the use of the title, "Esquire," following an
24 attorney's name is an assumption of nobility. Rather, it is a traditional practice in the United
   States to identify the person as an attorney, much like M.D. identifies someone as a doctor.
25 Finally, the Inns of Court in the United States is merely an organization that uses experienced
   attorneys to train new attorneys how to be better trial lawyers, and has no connection to the Inns of
26 Court (although it was patterned after them) in Great Britain.